UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IBTESAM SAMARA,
Plaintiff,

v.

UNITED AIRLINES, INC.,
Defendant.

Case No. 4:26-cv-04909-KAW

ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE

Re: Dkt. No. 28

On November 10, 2026, the Court held a case management conference, where Plaintiff did not appear.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than **November 30, 2026**, to explain why they did not appear at the case management conference and why they should not pay monetary sanctions in the amount of $250 for their failure to appear.

IT IS SO ORDERED.

Dated: November 12, 2026

Kandis Westmore

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California